# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

COOL DUDES LLC,

    Plaintiff

v.

BEHNAM OROOMIEH and NVLV
HEATING & COOLING LLC,

    Defendants

Case No.: 2:26-cv-00981-APG-MDC

**Order Accepting Report and
Recommendation and Remanding Case**

[ECF Nos. 2, 4]

On Ma7 29, 2026, Magistrate Judge Couvillier recommended that I deny the application for leave to proceed in forma pauperis for defendant NVLV Heating and Cooling LLC and that I remand this case to state court. ECF No. 4.  No party objected.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 4) is accepted, the application for leave to proceed in forma pauperis (ECF No. 2) is denied, and this case is remanded to the state court from which it was removed for all further proceedings.

DATED this 17th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE